IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| ERIK N GIBBS BONEFF | : | |
| | : | |
| AKA: ERIK N BONEFF | : | |
| | : | BANKRUPTCY NO: 14-53925-TJT |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Centurion Bank**
**c/o Becket and Lee LLP**
**POB 3001**
**Malvern  PA 19355 0701**

By: /s/ GILBERT B. WEISMAN
Gilbert B Weisman, Esquire, PA59872
Becket & Lee LLP, Attorneys/Agent for Creditor
POB 3001
Malvern PA 19355-0701
PHONE: (610) 644-7800
FAX: (610) 993-8493
EMAIL: notices@becket-lee.com

DATE: 09/11/2014

Pet: 08/29/2014

TRI

14-53925-tjt   Doc 11   Filed 09/11/14   Entered 09/11/14 10:31:37   Page 1 of 1